**Way'Lon Levar HARRIS,<br>Petitioner–Appellant,**

**v.**

**Ronald J. ANGELONE, Director of the<br>Virginia Department of Corrections,<br>Respondent–Appellee.**

**No. 02–6819.**

United States Court of Appeals,<br>Fourth Circuit.

Submitted July 18, 2002.

Decided July 25, 2002.

Way'Lon Levar Harris, Appellant Pro Se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Way'Lon Levar Harris seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harris v. Angelone*, No. CA–01–726–2 (E.D. Va. filed May 13, 2002; entered May 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*